GERSON S. HORN (State Bar No. 40857)
Attorney at Law
11661 San Vicente Boulevard, Suite 903
Los Angeles, California 90049
Telephone (310) 571-3855
Email: gersonhorn@aol.com

Attorney for Defendant
CESAR ERNESTO GUTIERREZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-554-JFW |
| Plaintiff, | **ORDER FOR EARLY TERMINATION OF PROBATION** |
| v. | |
| CESAR ERNESTO GUTIERREZ, | |
| Defendant. | |

The Court has read and considered the Motion for Early Termination of Probation, submitted by the parties in this matter on February 13, 2018. Finding good cause for the relief sought therein, the Court hereby orders that CESAR ERNESTO GUTIERREZ's Motion requesting early termination of probation be granted.

Date: February 26, 2018

_____
HONORALBE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

CC: USPO, USM